The People of the State of New York, Respondent, v. Uneeda Live Poultry Market, Inc., Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of violating section 163 of the Sanitary Code of the City of New York (possession and sale of unhealthy, unsound, unwholesome and unsafe meat), unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

The People of the State of New York, Respondent, v. Louis Wackstein, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of the crime of violating section 483-b of the Penal Law, reversed on the law and the facts, the information dismissed and the defendant discharged. In our opinion defendant's guilt was not established beyond a reasonable doubt. Appeal from order denying defendant's motion for a new trial dismissed. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

Lillian Schlesinger et al., Respondents, v. Spingler-Van Beuren Estates, Inc., et al., Defendants, and Philwech Holding Corporation, Appellant.— Order granting motion by plaintiffs to open their default, to vacate a dismissal of the action, pursuant to rule 302 of the Rules of Civil Practice, and to restore the case to the trial calendar, affirmed, with $10 costs and disbursements. Upon this record the granting of the motion was a matter of discretion with the Special Term. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

Constance Simpson et al., Respondents, v. 160 Columbia Heights Corporation, Appellant.— In an action by the plaintiff wife to recover damages for personal injuries sustained when she fell on the service stair of defendant's multiple dwelling, due to inadequate illumination thereon, and by plaintiff husband for loss of services and for medical expenses, defendant appeals from a judgment in favor of the plaintiffs. Judgment unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ. [See post, p. 991.]

Louis Unger, Respondent, v. Eagle Fish Co., Inc., Appellant.— Action to recover damages for fraud. Order denying defendant's motion to dismiss the complaint on the ground that it is insufficient in law, affirmed, with $10 costs and disbursements. No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur. [185 Misc. 134.]